ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE APELACIONES
**PANEL ESPECIAL[1]**

| | | |
|---|---|---|
| **JORGE BRIONES TORRES Y/O WALKIRIA CARDY-BRIONES** QUERELLANTE(S)-RECURRIDA(S) | | ***REVISIÓN DE DECISIÓN ADMINISTRATIVA*** procedente del Departamento de Asuntos del Consumidor (DACo) |
| V. | **KLRA202500266** | Civil Núm.: **SAN-2023-0013044** |
| **BERNARDO VEGA SMITH H/N/C PT INTERIORS; GIL FLORES; CARIBE GLASS, LLC; JW ALUMINUM CONSTRUCTION, INC.** QUERELLADA(S)-RECURRENTE(S) | | Sobre: Ley Núm. 5 de 23 de abril de 1973 |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Jueza Rivera Marchand y la Juez Barresi Ramos.

*Barresi Ramos*, juez ponente

# S E N T E N C I A

En San Juan, Puerto Rico, hoy día 21 de mayo de 2025.

Comparece ante este Tribunal de Apelaciones, **BERNARDO VEGA SMITH H/N/C PT INTERIORS** mediante *Solicitud de Revisión Judicial* instada el 7 de mayo de 2025. En su recurso, nos solicita que revisemos la *Resolución* dictaminada el 26 de septiembre de 2024 por el Departamento de Asuntos del Consumidor (DACo).[2] Mediante la antedicha decisión, el Departamento de Asuntos del Consumidor (DACo) declaró ha lugar la *Querella Enmendada* entablada el 16 de junio de 2023 por **JORGE BRIONES TORRES Y/O WALKIRIA CARDY-BRIONES**; le requirió a **BERNARDO VEGA SMITH H/N/C PT INTERIORS** satisfacer la suma de $8,763.30 dentro del plazo de treinta (30) días; y le impuso $2,000.00 en concepto de daños y perjuicios así como $1,500.00 por

---

[1] Véase *Orden Administrativa DJ 2024-062C* de 6 de mayo de 2025 sobre designación de paneles en el Tribunal de Apelaciones.
[2] Dicho dictamen judicial fue notificado y archivado en autos el 23 de septiembre de 2024. Apéndice de la *Apelación*, págs. 2- 18.

concepto de honorarios de abogados a favor de **JORGE BRIONES TORRES Y/O WALKIRIA CARDY-BRIONES**.

El pasado 14 de mayo, **BERNARDO VEGA SMITH H/N/C PT INTERIORS** presentó *Moción de Desistimiento* aduciendo que recibió *Resolución* decretada el 6 de mayo de 2025 en la cual se declaró ha lugar su *Moción de Reconsideración*. Ante ello, desistió voluntariamente, sin perjuicio, del presente recurso toda vez que su reclamo será atendido en el caso **KLRA202500113**.

- II -

La Regla 83 (A) del Reglamento del Tribunal de Apelaciones faculta a la parte promovente de un recurso presentar en cualquier momento un aviso de desistimiento.[3] En conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, ***damos por desistida***, la *Solicitud de Revisión Judicial* interpuesta el 7 de mayo de 2025 por **BERNARDO VEGA SMITH H/N/C PT INTERIORS**; y ordenamos el cierre y archivo del presente caso.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la Secretaría del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[3] Dicho inciso lee: *"Regla 83 — Desistimiento y desestimación* (A) La parte promovente de un recurso podrá presentar en cualquier momento un aviso de desistimiento".